# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

VS.                      4:01-CR-00074-BRW

JEFFREY TEJEDA, *et al.*                                             DEFENDANTS

## ORDER

The Prosecution's Motion for Destruction of Evidence (Doc. No. 164) is GRANTED.

Accordingly, the Prosecution is hereby ordered to destroy the following evidence seized during its investigation:

- One Ruger 1022 rifle, SN: 55787 (1B27);
- One Scope mounted to above Ruger 1022 rifle (1B27); and
- One Colt Detective Special, .38 caliber Revolver, SN: H15705.

IT IS SO ORDERED this 4th day of February, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE